```
                  UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| HOWARD CASPER, | : |
| | : |
| Plaintiff, | : |
| | : HONORABLE JOSEPH E. IRENAS |
| v. | : |
| | : CIVIL ACTION NO. 00-3465 (JEI) |
| SMG,(formerly known as | : |
| Spectator Management Group); | : **ORDER GRANTING DEFENDANTS'** |
| ROBERT McCLINTOCK; and SOUTH | : **MOTIONS FOR SUMMARY JUDGMENT** |
| JERSEY REGIONAL COUNCIL OF | : **(Docket Nos. 64 & 65)** |
| CARPENTERS, LOCAL 623, | : |
| | : |
| Defendants. | : |

**APPEARANCES:**

SIDKOFF, PINCUS & GREEN, P.C.
By: Gary Green, Esq.
    Casey Green, Esq.
2700 Aramark Tower
1101 Market Street
Philadelphia, PA 19107
     Attorneys for Plaintiff Howard Casper

FOX ROTHCHILD LLP
By: James A. Mathews, III, Esq.
2000 Market Street
10th Floor
Philadelphia, PA 19103
     Attorneys for Defendants SMG and Robert McClintock

JENNINGS SIGMOND, LLP
By: James Katz, Esq.
1040 North Kings Highway
Suite 300
Cherry Hill, NJ 08034
     Attorneys for Defendant South Jersey Regional Council of
     Carpenters, Local 623


**IRENAS**, Senior District Judge:

    This matter having come before the Court upon the Motions for

Summary Judgment by Defendants SMG, Robert McClintock, and South

Jersey Regional Council of Carpenters, Local 623, (collectively "Defendants") the Court having reviewed the submissions of the parties and having held oral argument, for the reasons set forth in an Opinion issued by this Court, which findings of facts and conclusions of law are incorporated herein by reference, and for good cause appearing,

   **IT IS** on this **31st** day of **October, 2006,**

   **ORDERED THAT:**

   1. Defendants' Motions for Summary Judgment are hereby **GRANTED.**
   2. The Clerk of Court is hereby directed to close this file.

                                             s/ Joseph E. Irenas
                                             **Joseph E. Irenas, S.U.S.D.J.**

2